

# NUMBER 13-21-00309-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE CAMERON COUNTY

### On Petition for Writ of Mandamus.

# ORDER

**Before Chief Justice Contreras and Justices Hinojosa and Silva**
**Order Per Curiam**

On October 19, 2021, this Court handed down its opinion in this case. *See In re Cameron County*, No. 13-21-00309-CV, 2021 WL 4849528, at *1 (Tex. App.—Corpus Christi–Edinburg Oct. 19, 2021, orig. proceeding) (mem. op.). Subsequently, after relator Cameron County filed a motion for en banc reconsideration and request for stay, this Court abated the proceeding to allow the parties to effectuate a settlement agreement. The parties have now filed an "Agreed Motion to Dismiss En Banc Consideration and the Appeal." They allege that they have reached an amicable settlement of all pending claims

and request that we dismiss the motion for en banc reconsideration and "this appeal in its entirety."

The Court having examined and fully considered the agreed motion, is of the opinion that it should be granted in part and denied in part as stated herein. We reinstate this original proceeding. We grant the agreed motion to dismiss, in part, and we dismiss the pending motion for en banc reconsideration and request for stay. We deny the agreed motion to dismiss, in part, as to the parties' request that we dismiss "this appeal." We have already issued our memorandum opinion in this original proceeding, and our ruling here does not affect that memorandum opinion. *See* TEX. R. APP. P. 42.1(c).

PER CURIAM

Delivered and filed on the
20th day of December, 2021.